# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>TARGET RESIDENCE AS DESCRIBED IN FBI TFO<br>SNODDY'S AFFIDAVIT DATED OCTOBER 22, 2024 | ) ) ) ) ) ) ) Case No.  0:24-cr-00866 |

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A to the affidavit of TFO Snoddy dated October 22, 2024

located in the _____ District of  South Carolina , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B to the affidavit of TFO Snoddy dated October 22, 2024

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1) | Possession with intent to distribute controlled substances |
| 21 U.S.C. 846 | Conspiracy to possess with intent to distribute controlled substances |

The application is based on these facts:
See Affidavit of TFO Snoddy dated October 22, 2024

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____ )* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*/s/ Matthew Snoddy*

*Applicant's signature*

Matthew Snoddy, FBI Task Force Officer

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
  telephone  *(specify reliable electronic means)*.

Date:  October 22, 2024

*/s/ Shiva V. Hodges*

*Judge's signature*

City and state:  Columbia, South Carolina    Shiva V. Hodges, U.S. Magistrate Judge

*Printed name and title*